DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
DOUGLAS J. BEEVERS, USVI # 766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN RAYMOND PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-00266 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| JOHN RAYMOND PORTER, | ) | Date: October 29, 2010 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| Defendant. | ) | |

It is hereby stipulated between the parties, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, and Douglas Beevers, Assistant Federal Defender, attorney for defendant JOHN RAYMOND PORTER, that the Status Conference hearing date of September 17, 2010 , be vacated and a new Status Conference hearing date of October 29, 2010 at 9:00 a.m. be set.

The reason for the continuance is to allow counsel additional time for investigation and to negotiate a resolution to this matter. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

///

IT IS STIPULATED that the period from the date of the parties' signing of this stipulation, and up to and including the October 29, 2010 status conference, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated:    September 13, 2010         Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Douglas J. Beevers
                                     _____
                                     DOUGLAS J. BEEVERS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOHN RAYMOND PORTER

Dated: September 13, 2010            BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/  Michelle Rodriguez
                                     _____
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 17, 2010, be continued to October 29, 2010 at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of

1  justice to be served by granting a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial. It is
3  ordered that time from the date of the parties' signing of this
4  stipulation, up to and including, the October 29, 2010 status
5  conference shall be excluded from computation of time within which the
6  trial of this matter must be commenced under the Speedy Trial Act
7  pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code
8  T4 (allow defense counsel reasonable time to prepare).

10 IT IS SO ORDERED.

11 Dated:  September 15, 2010

13                                _____
                                  GARLAND E. BURRELL, JR.
14                                United States District Judge

Stipulation and Order             -3-