DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
DOUGLAS J. BEEVERS, USVI # 766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN RAYMOND PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-00266 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | CONTINUING STATUS CONFERENCE |
| JOHN RAYMOND PORTER, | ) ) ) | Date: November 12, 2010<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |
| Defendant. | ) ) | |

It is hereby stipulated between the parties, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JOHN RAYMOND PORTER, that the Status Conference hearing date of October 29, 2010, be vacated and a new Status Conference hearing date of November 12, 2010 at 9:00 a.m. be set.

The reason for the continuance is to allow counsel additional time for investigation and to negotiate a resolution to this matter. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

///

IT IS STIPULATED that the period from the date of the parties' signing of this stipulation, and up to and including the November 12, 2010 status conference, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: October 28, 2010                     Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Douglas J. Beevers
                                            _____
                                            DOUGLAS J. BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOHN RAYMOND PORTER

Dated: October 28, 2010                     BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Michelle Rodriguez
                                            _____
                                            MICHELLE RODRIGUEZ
                                            Assistant U.S. Attorney

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 29, 2010, be continued to November 12, 2010 at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of

Stipulation and Order                -2-

1  justice to be served by granting a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial. It is
3  ordered that time from the date of the parties' signing of this
4  stipulation, up to and including, the November 12, 2010 status conference
5  shall be excluded from computation of time within which the trial of this
6  matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.
7  §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 (allow defense
8  counsel reasonable time to prepare).

10 IT IS SO ORDERED.

11 Dated:  October 28, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                -3-