DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar 766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN RAYMOND PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0266-GEB |
| | ) | |
| Plaintiff, | ) | **AMENDED** MOTION AND [PROPOSED] ORDER TO REMOVE THE FEDERAL DEFENDER AS COUNSEL, AUTHORIZING THE APPOINTMENT OF CJA COUNSEL, AND CONTINUING OR MODIFYING PURPOSE OF HEARING. |
| v. | ) | |
| | ) | |
| JOHN RAYMOND PORTER, | ) | Date:  November 12, 2010 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

JOHN PORTER, by his current attorneys, the Office of the Federal Defender, and Assistant Federal Defender DOUGLAS BEEVERS, hereby moves for orders removing the Federal Defender as counsel due to a breakdown in communications between attorney and client. The Federal Defender has arranged a replacement attorney from the CJA Panel, MR. DONALD DORFMAN, and is now requesting a status conference date of November 12, 2010 to resolve the status of counsel for Mr. Porter.

The Ninth Circuit has held that in ruling on a defense motion to substitute counsel, the Court should consider the timeliness of the request and whether the conflict was so great that it resulted in a total lack of communication and which could prevent an adequate defense. *United States v. George,* 85 F.3d 1433 (9th Cir. 1996); *United States v. Walker*,

1  915 F.2d 480, 484 (9th Cir.1990) overruled on other grounds at *United
2  States v. Norby*, 225 F.3d 1053 (9th Cir. 2000).  Where a client is forced
3  into trial with an attorney with whom he will not cooperate or
4  communicate the attorney is unable to present an adequate defense. *Id*. In
5  Mr. Porter's case the case is not yet even set for trial, although the
6  Defendant has had the chance to meet with counsel and review the
7  evidence.  Defense counsel has visited with the Defendant at the jail at
8  least five times and had numerous telephone calls, but he is unable to
9  resolve the breakdown in communications.

10 Dated:  November 3, 2010

                                        Respectfully submitted,


                                        Daniel J. Broderick
                                        Federal Defender


                                         /S/ Douglas J. Beevers
                                        Douglas J. Beevers
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOHN RAYMOND PORTER

Motion and Order

-2-

**O R D E R**

Based on the foregoing, a hearing is set for November 12, 2010 to address the issue of status of counsel. The Federal Defender has identified a conflict-free CJA counsel, Mr. Donald Dorfman, to assume representation of the defendant.

**IT IS SO ORDERED.**

Dated: November 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Motion and Order

-3-