LAW OFFICES OF DONALD P. DORFMAN
Donald P. Dorfman, Attorney at Law (SBN 31935)
3000 T Street, Suite 110
Sacramento, CA 95816
Tel 916.451.8834 Fax 916.451.8837
Attorney for Defendant, John Raymond PORTER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.: 2:10-cr-00266 KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO RESET JUDGMENT AND SENTENCING HEARING** |
| v. | |
| JOHN RAYMOND PORTER, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michelle Rodriguez, counsel for the plaintiff United States of America, and defendant John Raymond PORTER, by and through his counsel, Donald Dorfman, Esq., that good cause exists to extend the Judgment and Sentencing Hearing currently set for June 9, 2011, at 10:00 a.m. to May 26, 2011, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to advance the sentencing date as there are no objections to the presentence report.

Dated: May 10, 2011                      /s/ Donald Dorfman
                                             DONALD DORFMAN, ESQ.
                                             Counsel for defendant
                                             John Raymond PORTER

| | |
|---|---|
| Dated: May 10, 2011 | /s/ Donald Dorfman |
| | MICHELLE RODRIGUEZ |
| | Assistant U.S. Attorney |
| | Authorized to sign for Ms. Rodriguez |
| | on 05-10-2011 |

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to advance the Judgment and Sentencing Hearing currently set for June 9, 2011, to May 26, 2011, at 10:00 a.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

**IT IS SO ORDERED.**

Dated: May 11, 2011.

_____
UNITED STATES DISTRICT JUDGE