HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOHN RAYMOND PORTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN RAYMOND PORTER,<br><br>Defendant. | No.  Cr. S 2:10-cr-266 KJM<br><br>**ORDER**<br><br>Judge:  Honorable KIMBERLY J. MUELLER |

This Court finds that 12 months in a Community Corrections Facility is necessary to maximize JOHN RAYMOND PORTER'S chances for successful release and a law-abiding life. This Court thereby makes the following recommendation to the Bureau of Prisons:

**The Court recommends that the defendant be incarcerated in a Community Corrections Facility for a period of <u>12 months</u> preceding his release date**, but only insofar as this accords with security classification and space availability.

Dated:  March 25, 2016

_____
UNITED STATES DISTRICT JUDGE