## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Kimberly J. Mueller  **RE: John Raymond Porter**
United States District Judge  **Docket Number: 0972 2:10CR00266-001**
Sacramento, California  **PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

John Raymond Porter is requesting permission to travel to Miagao, Philippines. John Raymond Porter is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 26, 2011, John Raymond Porter was sentenced for the offense(s) of four counts of Bank Robbery (Class C Felony).

**Sentence Imposed:** 100 months in Bureau of Prisons; 36 months supervised release; $400 special assessment; $30,494 restitution; and mandatory drug testing.

**Dates and Mode of Travel:** July 5, 2018, to August 5, 2018. Airplane

**Purpose:** The offender is requesting to travel to the Philippines to marry his fiancé in a formal marriage ceremony. He provided a notarized letter from the fiancé's uncle, who is a police officer in the province of Miagao, confirming the offender's upcoming wedding.

**RE:     John Raymond Porter
        Docket Number:  0972 2:10CR00266-001
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

*/s/ Chhoeuth Bou*

Chhoeuth Bou
United States Probation Officer

Dated:    June 6, 2018
          Fresno, California


**REVIEWED BY:**     */s/ Tim D Mechem*
                    **Tim Mechem
                    Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

DATED:  June 18, 2018.

_____
UNITED STATES DISTRICT JUDGE

2